**Dismissed and Memorandum Opinion filed October 8, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00845-CR

**ALFRED STEFFONE SHEPHERD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1363186**

## M E M O R A N D U M   O P I N I O N

After a plea of true, the trial court adjudicated appellant guilty of assault of a public servant and sentenced him to six years in prison on July 2, 2013. No timely motion for new trial was filed. Appellant's notice of appeal was not filed until August 19, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R.

App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost, and Justices Boyce and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).